# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  §
 §
Larry Sydnor  § Case No. 13-23931
Barbara Sydnor  §
 §
Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                  219 S. Dearborn Street
                  Chicago, IL  60604
    Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 10:30 a.m. on March 27, 2014 in courtroom 682 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: Deborah M. Gutfeld _____
                                                                     Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Larry Sydnor | § | Case No. 13-23931 |
| Barbara Sydnor | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 4,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 1,000.00 | $ 0.00 | $ 1,000.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,000.00 |
| Remaining Balance | $ 3,000.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,030.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 8,100.89 | $ 0.00 | $ 2,020.01 |
| 2 | Capital Recovery V, Llc | $ 3,930.08 | $ 0.00 | $ 979.99 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,000.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  Deborah M. Gutfeld
Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-23931-JBS
Larry Sydnor                                                              Chapter 7
Barbara Sydnor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mgonzalez              Page 1 of 2              Date Rcvd: Feb 18, 2014
                               Form ID: pdf006              Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2014.
```
db/jdb      +Larry Sydnor,    Barbara Sydnor,    22907 Lawndale,    Richton Park, IL 60471-2544
20588980    +Barclays Bank Delaware,    Attn: Bankruptcy Department,    PO BOX 8801,    Wilmington, DE 19899-8801
20588981     Blackwell Recovery,    4150 N. Drinkwater Blvd., Ste. 200,    Scottsdale, AZ 85251-3643
20588982     Blatt,Hasenmiller,Leibsker & Moore,    125 S. Wacker Drive, Suite 400,    Chicago, IL 60606-4440
20588983    +Blitt and Gaines, P.C.,    661 Glenn Avenue,    Wheeling, IL 60090-6017
20588986   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:   Citibank, N.A.,    Attn: Bankruptcy,    PO BOX 20483,
               Kansas City, MO 64195)
20588984    +Chase Bank U.S.A., N.A.,    Card Services,    PO BOX 15298,    Wilmington, DE 19850-5298
20588985    +Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
20588987    +Codilis & Associates,    15W030 N. Frontage Rd.,    Burr Ridge, IL 60527-6921
20588988    +Elite Recovery Service,    148 S. Dowlen Rd. #797,    Beaumont, TX 77707-1755
20588989    +Freedman Anselmo Lindberg LLC,    1771 W. Diehl Road, Suite 150,    PO BOX 3228,
               Naperville, IL 60566-3228
20588992    +Healthport Customer Service Center,    120 Bluegrass Valley Parkway,    Alpharetta, GA 30005-2204
20588993     Holiday Inn Club Vacations,    8505 W. Irlo Bronson Memorial Hwy,    Kissimmee, FL 34747-8201
20588994    +Jeffrey L. Rosen,    Attorney at Law,    541 Otis Bowen Drive,    Munster, IN 46321-4158
20588996    +LTD Financial Services, L.P.,    7322 Southwest Frwy, Suite 1600,    Houston, TX 77074-2134
20588999    +Nationwide Credit, Inc.,    4700 Vestal Parkway East,    Vestal, NY 13850-4750
20589001    +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
20589002    +Orange Lake Capital Management,    8505 W. Irlo Bronson Memorial Hwy,    Kissimmee, FL 34747-8217
20589003   ++RUSH UNIVERSITY MEDICAL CENTER,    1700 WEST VAN BUREN STREET,    SUITE 161,
               CHICAGO IL 60612-3228
             (address filed with court:   Rush University Medical Group,    75 Remittance Dr. Dept. 1611,
               Chicago, IL 60675-1611)
20589004    +St. James Place,    5305 W. 95th Street,    Oak Lawn, IL 60453-2444
20589005     Summer Bay Resort,    PO BOX 2953,    Orlando, FL 32802-2953
20589006    +T-Mobile Bankruptcy Team,    PO BOX 53410,    Bellevue, WA 98015-3410
20589007    +Target National Bank,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3400
20589009   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court:   Wells Fargo Home Mortgage,    8480 Stagecoach Cir.,
               Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20588979    +E-mail/Text: www@arthuradler.com Feb 19 2014 02:45:08      Adler Arthur B & Associates,
               25 E. Washington #500,    Chicago, IL 60602-1703
20884120     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 19 2014 02:57:02
               American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
               Oklahoma City, OK  73124-8866
21170504     E-mail/PDF: rmscedi@recoverycorp.com Feb 19 2014 02:53:17      Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20588990    +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2014 02:57:00      GE Capital Retail Bank,
               Attn: Bankruptcy Dept.,    PO BOX 103106,    Roswell, GA 30076-9106
20588991    +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2014 02:57:04      GEMB/Sams Club,
               Attn: Bankruptcy Department,    PO BOX 103104,    Roswell, GA 30076-9104
20588995    +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 19 2014 02:43:28       Kohls,    PO BOX 3115,
               Milwaukee, WI 53201-3115
20588998    +E-mail/Text: bankruptcydpt@mcmcg.com Feb 19 2014 02:44:44      Midland Funding LLC,
               8875 Aero  Dr. Suite 200,    San Diego, CA 92123-2255
20589000    +E-mail/Text: bankrup@aglresources.com Feb 19 2014 02:43:01      Nicor Gas,
               Attn: Bankruptcy Department,    PO BOX 190,    Aurora, IL 60507-0190
20589008     E-mail/Text: k.woodworth@tiburonllc.com Feb 19 2014 02:46:40       Tiburon Financial LLC,
               PO BOX 770,    Boys Town, NE 68010-0770
20684302    +Fax: 866-419-3894 Feb 19 2014 03:23:02      US Cellular,    Dept 0203,    Palatine, IL 60055-0001
                                                                                              TOTAL: 10
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
20588997    ##+Meridian Financial Services,   21 Overland Industrial B,    Asheville, NC 28806-1376
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: mgonzalez              Page 2 of 2                  Date Rcvd: Feb 18, 2014
                               Form ID: pdf006              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2014 at the address(es) listed below:
              Ann M Houha    on behalf of Joint Debtor Barbara  Sydnor ann@beutlerlaw.com,
               blcnotices@gmail.com;myecfbeutler@gmail.com
              Ann M Houha    on behalf of Debtor Larry  Sydnor ann@beutlerlaw.com,
               blcnotices@gmail.com;myecfbeutler@gmail.com
              Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com,
               dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor    WELLS FARGO BANK, NA ND-Four@il.cslegal.com
              Stacy T. Beutler    on behalf of Debtor Larry  Sydnor stacy@beutlerlaw.com,
               myecfbeutler@gmail.com;blcnotices@gmail.com
              Stacy T. Beutler    on behalf of Joint Debtor Barbara  Sydnor stacy@beutlerlaw.com,
               myecfbeutler@gmail.com;blcnotices@gmail.com
                                                                                             TOTAL: 7
```