UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| Larry Sydnor | § | Case No. 13-23931 |
| Barbara Sydnor | § § § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/DEBORAH M. GUTFELD_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Adler Arthur B & Associates 25 E. Washington #500 Chicago, IL 60602 |  |  |  |  |  |
|  | Codilis & Associates 15W030 N. Frontage Rd. Burr Ridge, IL 60527 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Elite Recovery Service 148 S. Dowlen Rd. #797 Beaumont, TX 77707 | | | | | |
| | Creditor #: 2 Wells Fargo Home Mortgage 8480 Stagecoach Cir. Frederick, MD 21701 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blackwell Recovery 4150 N. Drinkwater Blvd., Ste. 200 Scottsdale, AZ 85251-3643 | | | | | |
| | Blatt,Hasenmiller,Leibsker & Moore 125 S. Wacker Drive, Suite 400 Chicago, IL 60606-4440 | | | | | |
| | Blitt and Gaines, P.C. 661 Glenn Avenue Wheeling, IL 60090 | | | | | |
| | Chase Bank U.S.A., N.A. Card Services PO BOX 15298 Wilmington, DE 19850 | | | | | |
| | Chase Receivables 1247 Broadway Sonoma, CA 95476 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Barclays Bank Delaware Attn: Bankruptcy Department PO BOX 8801 Wilmington, DE 19899 | | | | | |
| | Creditor #: 10 Midland Funding LLC 8875 Aero Dr. Suite 200 San Diego, CA 92123 | | | | | |
| | Creditor #: 11 Nicor Gas Attn: Bankruptcy Department PO BOX 190 Aurora, IL 60507 | | | | | |
| | Creditor #: 12 Orange Lake Capital Management 8505 W. Irlo Bronson Memorial Hwy Kissimmee, FL 34747 | | | | | |
| | Creditor #: 13 Rush University Medical Group 75 Remittance Dr. Dept. 1611 Chicago, IL 60675-1611 | | | | | |
| | Creditor #: 14 St. James Place 5305 W. 95th Street Oak Lawn, IL 60453 | | | | | |
| | Creditor #: 15 Summer Bay Resort PO BOX 2953 Orlando, FL 32802-2953 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 16 T-Mobile Bankruptcy Team PO BOX 53410 Bellevue, WA 98015 | | | | | |
| | Creditor #: 17 Target National Bank 3701 Wayzata Blvd Minneapolis, MN 55416 | | | | | |
| | Creditor #: 18 US Cellular Dept 0203 Palatine, IL 60055 | | | | | |
| | Creditor #: 2 Citibank, N.A. Attn: Bankruptcy PO BOX 20483 Kansas City, MO 64195 | | | | | |
| | Creditor #: 3 GE Capital Retail Bank Attn: Bankruptcy Dept. PO BOX 103106 Roswell, GA 30076 | | | | | |
| | Creditor #: 4 GEMB/Sams Club Attn: Bankruptcy Department PO BOX 103104 Roswell, GA 30076 | | | | | |
| | Creditor #: 5 Healthport Customer Service Center 120 Bluegrass Valley Parkway Alpharetta, GA 30005 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 6 Holiday Inn Club Vacations 8505 W. Irlo Bronson Memorial Hwy Kissimmee, FL 34747-8201 | | | | | |
| | Creditor #: 7 Kohls PO BOX 3115 Milwaukee, WI 53201 | | | | | |
| | Creditor #: 8 Meridian Financial Services 21 Overland Industrial B Asheville, NC 28806 | | | | | |
| | Creditor #: 9 Meridian Financial Services 21 Overland Industrial B Asheville, NC 28806 | | | | | |
| | Freedman Anselmo Lindberg LLC 1771 W. Diehl Road, Suite 150 PO BOX 3228 Naperville, IL 60566-7228 | | | | | |
| | Jeffrey L. Rosen Attorney at Law 541 Otis Bowen Drive Munster, IN 46321 | | | | | |
| | LTD Financial Services, L.P. 7322 Southwest Frwy, Suite 1600 Houston, TX 77074 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Funding LLC 8875 Aero Dr. Suite 200 San Diego, CA 92123 | | | | | |
| | Nationwide Credit, Inc. 4700 Vestal Parkway East Vestal, NY 13850 | | | | | |
| | Northland Group PO Box 390905 Minneapolis, MN 55439 | | | | | |
| | Tiburon Financial LLC PO BOX 770 Boys Town, NE 68010-0770 | | | | | |
| 1 | American Infosource Lp As Agent For | | | | | |
| 2 | Capital Recovery V, Llc | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-23931 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|
| Case Name: | Larry Sydnor | | | | Date Filed (f) or Converted (c): | 06/10/2013 (f) |
| | Barbara Sydnor | | | | 341(a) Meeting Date: | 08/01/2013 |
| For Period Ending: | 08/14/2014 | | | | Claims Bar Date: | 11/14/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home Located At 22907 Lawndale Ave., Richton P | 110,000.00 | 0.00 | | 0.00 | FA |
| 2. North Dakota 160 Acres. Debtor Owns With 4 Other Family Mem | 10,442.00 | 6,682.88 | | 4,000.00 | FA |
| 3. Available Cash | 50.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account Xxxx0314 At Jpmorgan Chase Bank, 202 Forest | 735.03 | 0.00 | | 0.00 | FA |
| 5. Checking Account Xxxx4874 At Jpmorgan Chase Bank, 202 Forest | 34.74 | 0.00 | | 0.00 | FA |
| 6. Various Household Furniture | 500.00 | 500.00 | | 0.00 | FA |
| 7. Necessary Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 8. Fur Coat 17 Years Old | 100.00 | 100.00 | | 0.00 | FA |
| 9. Metlife Insurance Policy Xx6092 Spouse Is Beneficiary | 5,011.66 | 0.00 | | 0.00 | FA |
| 10. Metlife Insurance Policy Xx9619 Spouse Is Beneficiary | 1,610.57 | 0.00 | | 0.00 | FA |
| 11. New York Life Insurance Policy Xx5620 Spouse Is Beneficiary | 2,166.07 | 0.00 | | 0.00 | FA |
| 12. Ira Annuity With New York Life Insurance Accounts Xxxx9736 | 217,736.17 | 0.00 | | 0.00 | FA |
| 13. Morgan Stanley, Account Xxxx3484 | 1,071.11 | 0.00 | | 0.00 | FA |
| 14. 2012 Estimated Federal Tax Refund | 300.00 | 0.00 | | 0.00 | FA |
| 15. Social Security Disability Claim Is Pending. Claim Was Deni | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2006 Dodge Grand Caravan; 137,000 Miles Average Trade In Val | 2,450.00 | 0.00 | | 0.00 | FA |
| 17. 2003 Dodge Stratus V6 R/T 4D; 97,500 Miles; Value Estimate B | 3,000.00 | 650.00 | | 0.00 | FA |
| 18. 2006 Ford Fusion V6 Se 4D; 127,000 Miles; Value Estimate By | 4,375.00 | 2,375.00 | | 0.00 | FA |
| 19. 4 Years Old Lap Top | 50.00 | 0.00 | | 0.00 | FA |
| 20. Timeshare At Summer Bay Resort/Orange Lake, Clermont, Fl And | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 21. Timeshare At Lake Geneva Vacation Club, Lake Geneva, Wi | 1,000.00 | 1,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $362,232.35 | $12,307.88 | $4,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR submitted to the Office of the U.S. Trustee for review and approval on June 30, 2014.

Initial Projected Date of Final Report (TFR): 06/30/2014       Current Projected Date of Final Report (TFR): 06/30/2014

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-23931 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Larry Sydnor | Bank Name: Associated Bank |
| Barbara Sydnor | Account Number/CD#: XXXXXX6383 |
| | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 08/14/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/14/13 | 2 | Chase<br>Remitter: Barbara Sydnor and Larry Sydnor | Payment for equity in farmland (asset 2) | 1110-000 | $4,000.00 | | $4,000.00 |
| 03/27/14 | 101 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,000.00 | $3,000.00 |
| 03/27/14 | 102 | American Infosource Lp As Agent For Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 24.94 % per court order. | 7100-000 | | $2,020.01 | $979.99 |
| 03/27/14 | 103 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 2 representing a payment of 24.94 % per court order. | 7100-000 | | $979.99 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $4,000.00 | $4,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,000.00 | $4,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,000.00 | $4,000.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Page Subtotals: $4,000.00    $4,000.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6383 - Checking | $4,000.00 | $4,000.00 | $0.00 |
| | $4,000.00 | $4,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,000.00 |
| Total Gross Receipts: | $4,000.00 |

Page Subtotals:    $0.00    $0.00